# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BLUE MONKEY BAR, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-2947** |
| **JEFFERSON PARISH AND JEFFERSON PARISH COUNCIL** | **SECTION "R"(1)** |

## **J U D G M E N T**

Considering the Court's order on file herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's due process and equal protection claims are DISMISSED WITH PREJUDICE, plaintiff's takings claim is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction and plaintiff's state law claim is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this ___31st___ day of March, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE